# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134916

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAWAN AMBER NEAL,
     Defendant-Appellant.

SC: 134916
COA: 278441
Wayne CC: 06-000567
           06-000479

_____/

      On order of the Court, the application for leave to appeal the September 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

d1119